# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **GREATGIGZ SOLUTIONS, LLC,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**FREELANCER LIMITED,**<br><br>**Defendant** | **Case No. 6:20-cv-00738-ADA**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] AGREED AMENDED SCHEDULING ORDER

| Deadline | Item |
|---|---|
| Served February 1, 2021 | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (i.e. the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |
| February 22, 2021 | Deadline for Motions to Transfer. |
| Served March 29, 2021 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served, and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

| Deadline | Item |
|---|---|
| | ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales information for the accused product(s) for the two years preceding the filing of the Complaint, unless the parties agree to some other timeframe. |
| Exchanged on April 12, 2021 | Parties exchange claim terms for construction. |
| Exchanged on April 26, 2021 | Parties exchange proposed claim constructions. |
| May 3, 2021 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[2] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| May 10, 2021 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| Filed on May 27, 2021 | Plaintiff files Opening claim construction brief, including any arguments that any claim terms are not indefinite. |
| Filed on June 17, 2021 | Defendant files Responsive claim construction brief. |
| Filed on July 8, 2021 | Plaintiff files Reply claim construction brief. |
| September 9, 2022 | Defendant files a Sur-Reply claim construction brief. |
| September 14, 2022 | Parties submit Joint Claim Construction Statement. See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |

---

[2] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

| Deadline | Item |
|---|---|
| September 28, 2022 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed).[3] |
| October 12, 2022 | *Markman* Hearing at [9:00 a.m. or 1:30 p.m.], subject to the Court's convenience. |
| October 13, 2022 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| December 8, 2022 | Deadline to add parties. |
| December 22, 2022 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| January 19, 2023 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| March 16, 2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| April 6, 2023 | Close of Fact Discovery. |
| April 20, 2023 | Opening Expert Reports. |
| May 25, 2023 | Rebuttal Expert Reports. |
| June 23, 2023 | Close of Expert Discovery. |
| June 30, 2023 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps |

---

[3] The parties should contact the law clerk to request a Box link so that the party can directly upload the file to the Court's Box account.

| Deadline | Item |
|---|---|
|  | the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| July 10, 2023 | Dispositive motion deadline and Daubert motion deadline. See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| July 26, 2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| August 10, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| August 18, 2023 | Serve objections to rebuttal disclosures and File Motions *in limine.* |
| August 25, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine.* |
| September 1, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| September 12, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine.* |

| Deadline | Item |
|---|---|
| on or about September 20, 2023[4] | Final Pretrial Conference. The Court expects to set this date at the conclusion of the *Markman* Hearing. |
| on or about October 16, 2023 | Jury Selection/Trial. The Court expects to set these dates at the conclusion of the *Markman* Hearing. |

---

[4] If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-Markman that are consistent with the Court's default deadlines in light of the actual trial date.